UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
   RONALD EUGENE FOISTER                       CASE NO. 20-10165
   DOYLELALEANA SHIREE FOISTER            JUDGE BENJAMIN A. KAHN
   1909 ALDERWOOD DRIVE
   GREENSBORO, NC  27409

       DEBTORS

SSN(1) XXX-XX-7430     SSN(2) XXX-XX-6607        DATE: 10/13/2021

---

## REPORT OF FILED CLAIMS

   Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| ABSOLUTE RECYCLING CONTRACTORS<br>P O BOX 27707<br>GREENSBORO, NC  27417 | $0.00<br>INT: .00%<br>NAME ID: 176514<br>CLAIM #: 0040 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| ADVANTA BANK CORP<br>P O BOX 30715<br>SALT LAKE CITY, UT  84130-0715 | $0.00<br>INT: .00%<br>NAME ID: 122720<br>CLAIM #: 0041 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| ALAMANCE IRON WORKS<br>3900 PATTERSON ST<br>GREENSBORO, NC  27407 | $0.00<br>INT: .00%<br>NAME ID: 176515<br>CLAIM #: 0042 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: DISP |
| ALLMAN BROTHERS PAINTING<br>P O BOX 14181<br>HIGH POINT, NC  27263 | $0.00<br>INT: .00%<br>NAME ID: 176516<br>CLAIM #: 0043 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| AMERICAN EXPRESS NATIONAL BANK<br>% BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355 | $16,997.58<br>INT: .00%<br>NAME ID: 170495<br>CLAIM #: 0045 | (U) UNSECURED<br><br>ACCT: 2002<br>COMMENT: CLASS C,421OR |
| AMS TRIAD<br>P O BOX 613<br>COLFAX, NC  27235 | $0.00<br>INT: .00%<br>NAME ID: 176517<br>CLAIM #: 0046 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: DISP |
| ARTHUR AND ALYNN BAKER<br>3112 HAVASU WAY<br>HIGH POINT, NC  27265 | $0.00<br>INT: .00%<br>NAME ID: 176518<br>CLAIM #: 0047 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: DISP |
| ATTN SUPPORT SERVICES % TRUIST BANK<br>DDA RECOVERY<br>P O BOX 85041 VA-RVW-3434<br>RICHMOND, VA  23285-5041 | $171.39<br>INT: .00%<br>NAME ID: 181660<br>CLAIM #: 0054 | (U) UNSECURED<br><br>ACCT: 2333<br>COMMENT: 421OR,CLASS B |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION | |
|---|---|---|---|---|
| BANK OF AMERICA<br>P O BOX 982238<br>EL PASO, TX  79998-2235 | INT: | $0.00<br>.00%<br>NAME ID: 130819<br>CLAIM #:  0048 | (U) UNSECURED<br>NOT FILED<br>ACCT: 9369<br>COMMENT: | |
| BANK OF AMERICA<br>P O BOX 15102<br>WILMINGTON, DE  19886-5102 | INT: | $0.00<br>.00%<br>NAME ID: 63803<br>CLAIM #:  0049 | (U) UNSECURED<br>NOT FILED<br>ACCT: 9369<br>COMMENT: | |
| BANK OF AMERICA<br>P O BOX 15102<br>WILMINGTON, DE  19886-5102 | INT: | $4,330.20<br>.00%<br>NAME ID: 63803<br>CLAIM #:  0050 | (U) UNSECURED<br><br>ACCT: 3920<br>COMMENT:  CLASS A/B/C,421OR | |
| BANK OF AMERICA<br>P O BOX 982238<br>EL PASO, TX  79998-2235 | INT: | $0.00<br>.00%<br>NAME ID: 130819<br>CLAIM #:  0051 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: | |
| BANK OF AMERICA<br>P O BOX 982238<br>EL PASO, TX  79998-2235 | INT: | $0.00<br>.00%<br>NAME ID: 130819<br>CLAIM #:  0052 | (U) UNSECURED<br>NOT FILED<br>ACCT: 9682<br>COMMENT: | |
| BB&T NOW TRUIST<br>BANKRUPTCY MANAGEMENT<br>10-50-01-51<br>P O BOX 1847<br>WILSON, NC  27894 | INT: | $41,675.52<br>.00%<br>NAME ID: 180677<br>CLAIM #:  0053 | (U) UNSECURED<br><br>ACCT: 5885<br>COMMENT:  421OR,CLASS A/B/C | |
| BEESON HARDWARE COMPANY<br>P O BOX 2608<br>HIGH POINT, NC  27261-2608 | INT: | $17,983.36<br>.00%<br>NAME ID: 181592<br>CLAIM #:  0055 | (U) UNSECURED<br><br>ACCT: 8322<br>COMMENT:  421OR,CLASS B | |
| BEST DISTRIBUTING COMPANY<br>P O BOX 75368<br>CHARLOTTE, NC  28275 | INT: | $0.00<br>.00%<br>NAME ID: 139664<br>CLAIM #:  0056 | (U) UNSECURED<br>NOT FILED<br>ACCT: 7458<br>COMMENT:  DISP | |
| BLUEVINE CAPITAL INC<br>% THE COLLECTION LAW GROUP INC<br>390 INTERLOCKEN CRESENT STE 350<br>BROOMFIELD, CO  80021-2761 | INT: | $0.00<br>.00%<br>NAME ID: 182100<br>CLAIM #:  0057 | (U) UNSECURED<br>AMENDED<br>ACCT:<br>COMMENT:  1020D/A | |
| BODIE'S HOME ELECTRIC<br>P O BOX 38111<br>GREENSBORO, NC  27438 | INT: | $0.00<br>.00%<br>NAME ID: 176520<br>CLAIM #:  0058 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  DISP | |
| BOULDER'S INSULATION<br>P O BOX 7788<br>MADISON, WI  53707 | INT: | $0.00<br>.00%<br>NAME ID: 176521<br>CLAIM #:  0059 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  DISP | |
| BROADSTONE VILLAGE HOA INC<br>% ASSOCIATION MGMT GROUP<br>P O BOX 52984<br>PHOENIX, AZ  85072 | MONTHLY PMT<br>INT: | $34.00<br>.00%<br>NAME ID: 185493<br>CLAIM #:  0034 | (X) SPECIAL-UNSECURED<br><br>ACCT: 9885<br>COMMENT:  ASDU,CTD EFF SEPT20,821OR | |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| BROADSTONE VILLAGE HOA INC<br>% ASSOCIATION MGMT GROUP<br>P O BOX 52984<br>PHOENIX, AZ  85072 | $0.00<br>INT:  .00%<br>NAME ID: 185493<br>CLAIM #:  0035 | (U) UNSECURED<br>AMENDED<br>ACCT: 9885<br>COMMENT:  ASDU,ARR THRU FEB20,921D/A,821OR |
| BROADSTONE VILLAGE HOA INC<br>% ASSOCIATION MGMT GROUP<br>P O BOX 52984<br>PHOENIX, AZ  85072 | $204.00<br>INT:  .00%<br>NAME ID: 185493<br>CLAIM #:  0036 | (X) SPECIAL-UNSECURED<br><br>ACCT: 9885<br>COMMENT:  ASDU,ARR MAR THRU AUG20,821OR |
| BUILDERS RESOURCE NC INC<br>620 GUILFORD COLLEGE RD STE K<br>GREENSBORO, NC  27409 | $0.00<br>INT:  .00%<br>NAME ID: 176522<br>CLAIM #:  0060 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  DISP |
| BUTLER LIGHTING OF HIGH POINT<br>4380 REGENCY DR<br>HIGH POINT, NC  27265 | $0.00<br>INT:  .00%<br>NAME ID: 176523<br>CLAIM #:  0061 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  DISP |
| CAPITAL ONE<br>P O BOX 30281<br>SALT LAKE CITY, UT  84130 | $0.00<br>INT:  .00%<br>NAME ID: 53118<br>CLAIM #:  0062 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CAPITAL ONE NA<br>% BECKET & LEE LLP<br>P O BOX 3001<br>MALVERN, PA  19355-0701 | $2,584.44<br>INT:  .00%<br>NAME ID: 135165<br>CLAIM #:  0087 | (U) UNSECURED<br><br>ACCT: 4326<br>COMMENT:  CLASS C,421OR |
| CARDINAL MILLWORK & SUPPLY<br>7620 W MARKET ST<br>GREENSBORO, NC  27409 | $0.00<br>INT:  .00%<br>NAME ID: 176524<br>CLAIM #:  0063 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  DISP |
| CENTRAL CAROLINA CONCRETE LLC<br>P O BOX 8308<br>GREENSBORO, NC  27419 | $0.00<br>INT:  .00%<br>NAME ID: 176525<br>CLAIM #:  0065 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  DISP |
| CHARLES WINFREE<br>100 S ELM ST<br>HIGH POINT, NC  27265 | $0.00<br>INT:  .00%<br>NAME ID: 181549<br>CLAIM #:  0122 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CHASE<br>P O BOX 15298<br>WILMINGTON, DE  19886 | $0.00<br>INT:  .00%<br>NAME ID: 68535<br>CLAIM #:  0066 | (U) UNSECURED<br>NOT FILED<br>ACCT: 4246<br>COMMENT: |
| CITIBANK<br>P O BOX 27288<br>TEMPE, AZ  85285 | $0.00<br>INT:  .00%<br>NAME ID: 176526<br>CLAIM #:  0068 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CITIBANK<br>P O BOX 183067<br>COLUMBUS, OH  43218 | $0.00<br>INT:  .00%<br>NAME ID: 48991<br>CLAIM #:  0069 | (U) UNSECURED<br>NOT FILED<br>ACCT: 2046<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| CITIZENS BANK NA<br>ONE CITIZENS BANK WAY MAILSTOP<br>JCA115<br>JOHNSTON, RI  02919 | $4,560.18<br>INT: 6.75%<br>NAME ID: 175530<br>CLAIM #: 0027 | (V) VEHICLE-SECURED<br><br>ACCT: 1945<br>COMMENT: 10HOND |
| CREDIT ONE BANK<br>P O BOX 98873<br>LAS VEGAS, NV  89193 | $0.00<br>INT: .00%<br>NAME ID: 44483<br>CLAIM #: 0071 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| DARIN CARR<br>7543 FRIENDSHIP CHURCH RD<br>BROWNS SUMMIT, NC  27214 | $0.00<br>INT: .00%<br>NAME ID: 176538<br>CLAIM #: 0072 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: DISP |
| DAVIDSON CO REGISTER OF DEEDS<br>P O BOX 464<br>LEXINGTON, NC  27292 | $52.00<br>INT: .00%<br>NAME ID: 3437<br>CLAIM #: 0138 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| DAVIDSON COUNTY TAX DEPARTMENT<br>913 GREENSBORO ST<br>LEXINGTON, NC  27292 | $0.00<br>INT: .00%<br>NAME ID: 115520<br>CLAIM #: 0037 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| DAVIS WATER SERVICE<br>6868 DAVIS COUNTRY RD<br>RANDLEMAN, NC  27317 | $0.00<br>INT: .00%<br>NAME ID: 176539<br>CLAIM #: 0073 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: DISP |
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>P O BOX 3025<br>NEW ALBANY, OH  43054 | $1,442.34<br>INT: .00%<br>NAME ID: 153461<br>CLAIM #: 0074 | (U) UNSECURED<br><br>ACCT: 3414<br>COMMENT: CLASS C,421OR |
| DUKE ENERGY<br>P O BOX 70515<br>CHARLOTTE, NC  28272 | $0.00<br>INT: .00%<br>NAME ID: 48979<br>CLAIM #: 0075 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: DISP |
| DUKE ENERGY<br>P O BOX 601297<br>CHARLOTTE, NC  28260 | $0.00<br>INT: .00%<br>NAME ID: 176627<br>CLAIM #: 0076 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: DISP |
| EMPLOYMENT SECURITY COMMISSION<br>P O BOX 26504<br>RALEIGH, NC  27611-6504 | $0.00<br>INT: .00%<br>NAME ID: 5777<br>CLAIM #: 0038 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FERGUSON ENTERPRISES INC<br>305 FRIENDSHIP DR<br>GREENSBORO, NC  27409-9794 | $0.00<br>INT: .00%<br>NAME ID: 117359<br>CLAIM #: 0077 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: DISP |
| FIRST NATIONAL BANK OMAHA<br>P O BOX 2951<br>OMAHA, NE  68103-0773 | $0.00<br>INT: .00%<br>NAME ID: 22911<br>CLAIM #: 0078 | (U) UNSECURED<br>NOT FILED<br>ACCT: 4447<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| FLORIDA TILE<br>998 GOVERNORS LANE STE 300<br>LEXINGTON, KY  40513 | $0.00<br>INT:  .00%<br>NAME ID:  176540<br>CLAIM #:  0079 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  DISP |
| GENERAL SECURITY<br>10253 NC HIGHWAY 109 N STE D<br>WINSTON SALEM, NC  27107 | $0.00<br>INT:  .00%<br>NAME ID:  176541<br>CLAIM #:  0080 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  DISP |
| GONZALES ROOFING CORP<br>P O BOX 39268<br>GREENSBORO, NC  27438 | $0.00<br>INT:  .00%<br>NAME ID:  176542<br>CLAIM #:  0081 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  DISP |
| GREENSBORO ORTHOPEDICS<br>3200 NORTHLINE AVE STE 200<br>GREENSBORO, NC  27408 | $0.00<br>INT:  .00%<br>NAME ID:  141853<br>CLAIM #:  0082 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GUILFORD CO REGISTER OF DEEDS<br>P O BOX 3427<br>GREENSBORO, NC  27402 | $52.00<br>INT:  .00%<br>NAME ID:  1159<br>CLAIM #:  0139 | (Z) SPECIAL COST ITEM<br><br>ACCT:<br>COMMENT: |
| GUILFORD COUNTY TAX<br>P O BOX 3138<br>GREENSBORO, NC  27402 | $4,467.48<br>INT:  10.30%<br>NAME ID:  119336<br>CLAIM #:  0026 | (S) SECURED<br><br>ACCT:  7430<br>COMMENT:  DT NRRP,FLPY, 1801 ALDERWOOD DR,520A |
| GUILFORD COUNTY TAX<br>P O BOX 3138<br>GREENSBORO, NC  27402 | $79.16<br>INT:  .00%<br>NAME ID:  119336<br>CLAIM #:  0039 | (U) UNSECURED<br><br>ACCT:  7430<br>COMMENT:  CLASS B,421OR, 520A |
| GUILFORD PLUMBING SUPPLY CO<br>P O BOX 20629<br>GREENSBORO, NC  27420 | $10,735.22<br>INT:  .00%<br>NAME ID:  4737<br>CLAIM #:  0083 | (U) UNSECURED<br><br>ACCT:<br>COMMENT:  CLASS A/B/C,421OR |
| HSBC<br>P O BOX 5207<br>CAROL STREAM, IL  60197 | $0.00<br>INT:  .00%<br>NAME ID:  43455<br>CLAIM #:  0084 | (U) UNSECURED<br>NOT FILED<br>ACCT:  5250<br>COMMENT: |
| HSBC BANK USA<br>PHH MORTGAGE SERVICES<br>MAILSTOP SBRP<br>P O BOX 5469<br>MOUNT LAUREL, NJ  08054 | MONTHLY PMT  $602.18<br>INT:  .00%<br>NAME ID:  181684<br>CLAIM #:  0021 | (H) ONGOING-SECURED<br><br>ACCT:  7540<br>COMMENT:  DT NRRP,CTD EFF SEPT20,5701 CATES DR,721A,321A,121A,720A |
| HSBC BANK USA<br>PHH MORTGAGE SERVICES<br>MAILSTOP SBRP<br>P O BOX 5469<br>MOUNT LAUREL, NJ  08054 | $5,355.23<br>INT:  .00%<br>NAME ID:  181684<br>CLAIM #:  0022 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT:  7540<br>COMMENT:  ARR THRU FEB20, 5701 CATES DR |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---:|---|
| HSBC BANK USA<br>PHH MORTGAGE SERVICES<br>MAILSTOP SBRP<br>P O BOX 5469<br>MOUNT LAUREL, NJ  08054 | $3,895.98<br>INT:  .00%<br>NAME ID: 181684<br>CLAIM #: 0134 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 7540<br>COMMENT:  ARR MAR THRU AUG20, 5701 CATES DR |
| HSBC BANK USA<br>PHH MORTGAGE SERVICES<br>MAILSTOP SBRP<br>P O BOX 5469<br>MOUNT LAUREL, NJ  08054 | $250.00<br>INT:  .00%<br>NAME ID: 181684<br>CLAIM #: 0141 | (H2) POST-PETITION FEES-SECURED<br><br>ACCT: 7540<br>COMMENT:  POST PET FEES, 5701 CATES |
| INTEGRITY MARBLE & GRANITE<br>3516 E MARTIN LUTER KING JR DR<br>HIGH POINT, NC  27260 | $0.00<br>INT:  .00%<br>NAME ID: 176544<br>CLAIM #: 0085 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  DISP |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $42,463.23<br>INT:  .00%<br>NAME ID: 123769<br>CLAIM #: 0001 | (P) PRIORITY<br><br>ACCT: 7430<br>COMMENT:  OC,1020A,720A |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $35,671.67<br>INT:  .00%<br>NAME ID: 123769<br>CLAIM #: 0137 | (U) UNSECURED<br><br>ACCT: 7430<br>COMMENT:  CLASS A/B/C,421OR,1020A,720A |
| JAMES A BECK II<br>% VANN ATTORNEYS<br>1720 HILLSBOROUGH ST STE 200<br>RALEIGH, NC  27605 | $0.00<br>INT:  .00%<br>NAME ID: 176588<br>CLAIM #: 0123 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| JP MORGAN CHASE BANK NA<br>3415 VISION DR<br>MAIL CODE OH4-7142<br>COLUMBUS, OH  43219 | MONTHLY PMT  $1,111.46<br>INT:  .00%<br>NAME ID: 143341<br>CLAIM #: 0009 | (H) ONGOING-SECURED<br><br>ACCT: 6017<br>COMMENT:  DT NRRP,CTD EFF SEPT20,4211 BEACON RIDGE RD,321A,1120A |
| JP MORGAN CHASE BANK NA<br>3415 VISION DR<br>MAIL CODE OH4-7142<br>COLUMBUS, OH  43219 | $10,990.01<br>INT:  .00%<br>NAME ID: 143341<br>CLAIM #: 0010 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 6017<br>COMMENT:  ARR THRU FEB20, 4211 BEACON RIDGE RD |
| JP MORGAN CHASE BANK NA<br>3415 VISION DR<br>MAIL CODE OH4-7142<br>COLUMBUS, OH  43219 | MONTHLY PMT  $649.08<br>INT:  .00%<br>NAME ID: 143341<br>CLAIM #: 0017 | (H) ONGOING-SECURED<br><br>ACCT: 4353<br>COMMENT:  DT NRRP,CTD EFF SEPT20 1112 WESSON CT,321A,1120A,520A |
| JP MORGAN CHASE BANK NA<br>3415 VISION DR<br>MAIL CODE OH4-7142<br>COLUMBUS, OH  43219 | $5,553.30<br>INT:  .00%<br>NAME ID: 143341<br>CLAIM #: 0018 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 4353<br>COMMENT:  ARR THRU FEB20,1112 WESSON CT,520A |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| JP MORGAN CHASE BANK NA<br>3415 VISION DR<br>MAIL CODE OH4-7142<br>COLUMBUS, OH  43219 | $7,114.20<br>INT: .00%<br>NAME ID: 143341<br>CLAIM #: 0128 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 6017<br>COMMENT:  ARR MAR THRU AUG20, 4211 BEACON RIDGE RD |
| JP MORGAN CHASE BANK NA<br>3415 VISION DR<br>MAIL CODE OH4-7142<br>COLUMBUS, OH  43219 | $4,170.06<br>INT: .00%<br>NAME ID: 143341<br>CLAIM #: 0132 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 4353<br>COMMENT:  ARR MAR THRU AUG20, 1112 WESSON CT,520A |
| JPMORGAN CHASE BANK NA<br>P O BOX 15368<br>WILMINGTON, DE  19850 | $13,407.02<br>INT: .00%<br>NAME ID: 177188<br>CLAIM #: 0067 | (U) UNSECURED<br><br>ACCT: 8773<br>COMMENT:  CLASS A/B/C,421OR |
| KAREN BALL<br>5620 CATES DR<br>GREENSBORO, NC  27409 | $9,000.00<br>INT: .00%<br>NAME ID: 176545<br>CLAIM #: 0086 | (U) UNSECURED<br><br>ACCT:<br>COMMENT:  CLASS C,421OR,220A |
| KEZIAH GATES & SAMET<br>P O BOX 2608<br>HIGH POINT, NC  27261-2608 | $0.00<br>INT: .00%<br>NAME ID: 9493<br>CLAIM #: 0124 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| KROSS LIEBERMAN & STONE<br>991 AVIATION PKWY STE 30<br>MORRISVILLE, NC  27560 | $0.00<br>INT: .00%<br>NAME ID: 156770<br>CLAIM #: 0088 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  SUPERIOR MEDICAL |
| LAUREL OAK RANCH ASSOC<br>% SLATTER MGMT SERVICES INC<br>4125 G WALKER AVE<br>GREENSBORO, NC  27407 | MONTHLY PMT  $28.50<br>INT: .00%<br>NAME ID: 153700<br>CLAIM #: 0031 | (X) SPECIAL-UNSECURED<br><br>ACCT: 1405<br>COMMENT:  ASDU,CTD EFF SEPT20,821OR |
| LAUREL OAK RANCH ASSOC<br>% SLATTER MGMT SERVICES INC<br>4125 G WALKER AVE<br>GREENSBORO, NC  27407 | $0.00<br>INT: .00%<br>NAME ID: 153700<br>CLAIM #: 0032 | (U) UNSECURED<br>AMENDED<br>ACCT: 1405<br>COMMENT:  ASDU, ARR THRU FEB20,921D/A,821OR |
| LAUREL OAK RANCH ASSOC<br>% SLATTER MGMT SERVICES INC<br>4125 G WALKER AVE<br>GREENSBORO, NC  27407 | $171.00<br>INT: .00%<br>NAME ID: 153700<br>CLAIM #: 0033 | (X) SPECIAL-UNSECURED<br><br>ACCT: 1405<br>COMMENT:  ASDU,ARR MAR THRU AUG20,821OR |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $2,259.09<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0070 | (U) UNSECURED<br><br>ACCT: 3401<br>COMMENT:  CLASS B,421OR |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $9,950.41<br>INT: .00%<br>NAME ID: 43307<br>CLAIM #: 0095 | (U) UNSECURED<br><br>ACCT: 3708<br>COMMENT:  PAY PAL, CLASS B,421OR |
| MARSH KITCHEN & BATH<br>2503 GREENGATE DR<br>GREENSBORO, NC  27406 | $0.00<br>INT: .00%<br>NAME ID: 176546<br>CLAIM #: 0090 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: DISP |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| MCGEE BROTHERS<br>4608 CARRLKER RD<br>MONROE, NC  28110 | $0.00<br>INT:  .00%<br>NAME ID: 176547<br>CLAIM #:  0091 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  DISP |
| MICHAEL AND KELLY MURPHREE<br>7804 LICHEN COURT<br>HIGH POINT, NC  27265 | $0.00<br>INT:  .00%<br>NAME ID: 176548<br>CLAIM #:  0092 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  DISP |
| MOSES H CONE MEMORIAL HOSPITAL<br>1200 N ELM ST<br>GREENSBORO, NC  27401 | $0.00<br>INT:  .00%<br>NAME ID: 12727<br>CLAIM #:  0093 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $14,881.70<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #:  0002 | (P) PRIORITY<br><br>ACCT: 7430<br>COMMENT: OC,420A,CLASS A |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $4,891.75<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #:  0136 | (U) UNSECURED<br><br>ACCT: 7430<br>COMMENT: 421OR,420A,CLASS A |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $108.41<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #:  0144 | (P) PRIORITY<br><br>ACCT: 7430<br>COMMENT:  CLASS B |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $108.41<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #:  0145 | (P) PRIORITY<br><br>ACCT: 6607<br>COMMENT:  CLASS C,421OR |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $144.73<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #:  0146 | (U) UNSECURED<br><br>ACCT: 7430<br>COMMENT:  CLASS B,421OR |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $144.64<br>INT:  .00%<br>NAME ID: 9699<br>CLAIM #:  0147 | (U) UNSECURED<br><br>ACCT: 6607<br>COMMENT:  CLASS C |
| NETHERY & COMPANY<br>P O BOX 4185<br>GREENSBORO, NC  27404 | $5,000.00<br>INT:  .00%<br>NAME ID: 186193<br>CLAIM #:  0149 | (U) UNSECURED<br><br>ACCT:<br>COMMENT:  CLASS A/B/C |
| OVERHEAD DOOR COMPANY OF<br>GREENSBORO<br>P O BOX 16824<br>GREENSBORO, NC  27416 | $0.00<br>INT:  .00%<br>NAME ID: 176549<br>CLAIM #:  0094 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  DISP |
| PEST MANAGEMENT SYS<br>P O BOX 29147<br>GREENSBORO, NC  27429 | $0.00<br>INT:  .00%<br>NAME ID: 37131<br>CLAIM #:  0096 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  DISP |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| PIEDMONT NATURAL GAS<br>P O BOX 603608<br>CHARLOTTE, NC  28260 | $0.00<br>INT:  .00%<br>NAME ID: 176587<br>CLAIM #:  0098 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  DISP |
| PIEDMONT NATURAL GAS COMPANY<br>ATTN BANKRUPTCY<br>4339 S TRYON ST<br>CHARLOTTE, NC  28217-1733 | $177.30<br>INT:  .00%<br>NAME ID: 153833<br>CLAIM #:  0097 | (U) UNSECURED<br><br>ACCT: 7430<br>COMMENT:  DISP,CLASS A/B/C,421OR |
| PIEDMONT PORTABLES<br>P O BOX 1957<br>BURLINGTON, NC  27216 | $0.00<br>INT:  .00%<br>NAME ID: 176551<br>CLAIM #:  0099 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  DISP |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 41067<br>NORFOLK, VA  23541-1067 | $1,053.09<br>INT:  .00%<br>NAME ID: 61608<br>CLAIM #:  0100 | (U) UNSECURED<br><br>ACCT: 3508<br>COMMENT:  GE CAPITAL,CLASS C,421OR |
| PROGRESSIVE MANAGEMENT SYSTEM<br>ATTN MANAGING AGENT<br>1521 W CAMERON AVE FL 1<br>WEST COVINA, CA  91790-2738 | $0.00<br>INT:  .00%<br>NAME ID: 50957<br>CLAIM #:  0101 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| QUICK BRIDGE FUNDING<br>% SALISIAN & LEE LLP<br>550 HOPE ST STE 750<br>LOS ANGELES, CA  90071 | $0.00<br>INT:  .00%<br>NAME ID: 176553<br>CLAIM #:  0102 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  DISP |
| QUICKBRIDGE FUNDING<br>410 EXCHANGE #150<br>IRVINE, CA  92602 | $0.00<br>INT:  .00%<br>NAME ID: 169936<br>CLAIM #:  0125 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| R W BILLINGSLEY & SONS INC<br>806 WAY ST<br>REIDSVILLE, NC  27320 | $0.00<br>INT:  .00%<br>NAME ID: 176554<br>CLAIM #:  0103 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  DISP |
| ROBERT AND SUSAN HAINES<br>1401 CHRISTOPHER COURT<br>HIGH POINT, NC  27265 | $0.00<br>INT:  .00%<br>NAME ID: 176555<br>CLAIM #:  0104 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  DISP |
| SCOTT STONE INC<br>3285 JONES DR<br>MEBANE, NC  27302 | $0.00<br>INT:  .00%<br>NAME ID: 176556<br>CLAIM #:  0105 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  DISP |
| SEASONAL COMFORT INC<br>P O BOX 7832<br>GREENSBORO, NC  27417 | $0.00<br>INT:  .00%<br>NAME ID: 176557<br>CLAIM #:  0106 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  DISP |
| SHANE AND PATRICIA NAYLOR<br>6319-B US HWY 158<br>SUMMERFIELD, NC  27358 | $0.00<br>INT:  .00%<br>NAME ID: 176572<br>CLAIM #:  0107 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  DIS |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| SMITH DEBNAM NARRON DRAKE SAINTSING & MYERS<br>P O BOX 26268<br>RALEIGH, NC  27611-6268 | $0.00<br>INT:  .00%<br>NAME ID: 113592<br>CLAIM #:  0126 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SPECIALIZED LOAN SERVICING LLC<br>6200 S QUEBEC ST<br>GREENWOOD VILLAGE, CO  80111 | MONTHLY PMT  $724.40<br>INT:  .00%<br>NAME ID: 183529<br>CLAIM #:  0003 | (H) ONGOING-SECURED<br><br>ACCT:  0707<br>COMMENT:  DT RERP,CTD EFF SEPT20,1909 ALDERWOOD DR,421TFCL,121A |
| SPECIALIZED LOAN SERVICING LLC<br>6200 S QUEBEC ST<br>GREENWOOD VILLAGE, CO  80111 | $5,983.85<br>INT:  .00%<br>NAME ID: 183529<br>CLAIM #:  0004 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT:  0707<br>COMMENT:  ARR THRU FEB20, 1909 ALDERWOOD DR,421TFCL |
| SPECIALIZED LOAN SERVICING LLC<br>6200 S QUEBEC ST<br>GREENWOOD VILLAGE, CO  80111 | $4,218.96<br>INT:  .00%<br>NAME ID: 183529<br>CLAIM #:  0005 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT:  0707<br>COMMENT:  ARR MAR THRU AUG20, 1909 ALDERWOOD DR,421TFCL |
| SPECTRUM LABORATORY NETWORK<br>P O BOX 751337<br>CHARLOTTE, NC  28275 | $0.00<br>INT:  .00%<br>NAME ID: 31330<br>CLAIM #:  0108 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SPRINT<br>P O BOX 4181<br>CAROL STREAM, IL  60197-4181 | $0.00<br>INT:  .00%<br>NAME ID: 63102<br>CLAIM #:  0109 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  DISP |
| STREET SCAPES & WINDOW WORKS/ BLEVCO<br>5723-Q COUNTRY CLUB RD<br>WINSTON SALEM, NC  27104 | $0.00<br>INT:  .00%<br>NAME ID: 176574<br>CLAIM #:  0110 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  DISP |
| SURGICAL CENTER OF GREENSBORO<br>1211 VIRGINIA STREET<br>GREENSBORO, NC  27401 | $0.00<br>INT:  .00%<br>NAME ID: 4563<br>CLAIM #:  0111 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SUSAN FOISTER<br>P O BOX 2142<br>QUINCY, FL  32353 | $0.00<br>INT:  .00%<br>NAME ID: 176575<br>CLAIM #:  0112 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  DISP |
| SYNCB<br>P O BOX 965036<br>ORLANDO, FL  32896 | $0.00<br>INT:  .00%<br>NAME ID: 158953<br>CLAIM #:  0113 | (U) UNSECURED<br>NOT FILED<br>ACCT:  6340<br>COMMENT:  OLD NAVY |
| SYNCB<br>P O BOX 965036<br>ORLANDO, FL  32896 | $0.00<br>INT:  .00%<br>NAME ID: 158953<br>CLAIM #:  0115 | (U) UNSECURED<br>NOT FILED<br>ACCT:  0451<br>COMMENT:  TJ MAXX |
| SYNCB/AMAZON<br>P O BOX 965036<br>ORLANDO, FL  32896 | $0.00<br>INT:  .00%<br>NAME ID: 161584<br>CLAIM #:  0044 | (U) UNSECURED<br>NOT FILED<br>ACCT:  8444<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| SYNCB/CARE CREDIT<br>P O BOX 965036<br>ORLANDO, FL 32896 | $0.00<br>INT: .00%<br>NAME ID: 148458<br>CLAIM #: 0064 | (U) UNSECURED<br>NOT FILED<br>ACCT: 6561<br>COMMENT: |
| SYNCB/SAMS CLUB<br>P O BOX 965005<br>ORLANDO, FL 32896 | $0.00<br>INT: .00%<br>NAME ID: 149136<br>CLAIM #: 0114 | (U) UNSECURED<br>NOT FILED<br>ACCT: 1026<br>COMMENT: |
| SYNCB/WALMART<br>P O BOX 965024<br>ORLANDO, FL 32896 | $0.00<br>INT: .00%<br>NAME ID: 149081<br>CLAIM #: 0116 | (U) UNSECURED<br>NOT FILED<br>ACCT: 5086<br>COMMENT: |
| SYNCHRONY BANK<br>% PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41031<br>NORFOLK, VA 23541 | $0.00<br>INT: .00%<br>NAME ID: 161980<br>CLAIM #: 0089 | (U) UNSECURED<br>AMENDED<br>ACCT: 4826<br>COMMENT: 821C/WDRN,LOWES,421OR |
| THE BUILDING CENTER INC<br>10201 INDUSTRIAL DR<br>PINEVILLE, NC 28134 | $12,325.20<br>INT: .00%<br>NAME ID: 162076<br>CLAIM #: 0117 | (U) UNSECURED<br><br>ACCT: 1510<br>COMMENT: CLASS A/B/C,421OR |
| THE REAL ESTATE BOOK<br>P O BOX 1107<br>KERNERSVILLE, NC 27285 | $0.00<br>INT: .00%<br>NAME ID: 176576<br>CLAIM #: 0118 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: DISP |
| TRU TEAM/RENN BUILDING PRODUCTS<br>P O BOX 534451<br>ATLANTA, GA 30353 | $0.00<br>INT: .00%<br>NAME ID: 176577<br>CLAIM #: 0119 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: DISP |
| W RANDALL HOLCOM<br>114 N ELM ST<br>GREENSBORO, NC 27401 | $0.00<br>INT: .00%<br>NAME ID: 176589<br>CLAIM #: 0127 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| WARD BROTHERS<br>5308 RANDLEMAN RD<br>GREENSBORO, NC 27406 | $0.00<br>INT: .00%<br>NAME ID: 38189<br>CLAIM #: 0120 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: DISP |
| WATERFORD MEADOW HOA INC<br>% CEDAR MGMT GROUP<br>P O BOX 26844<br>CHARLOTTE, NC 28221 | MONTHLY PMT $15.00<br>INT: .00%<br>NAME ID: 185495<br>CLAIM #: 0028 | (X) SPECIAL-UNSECURED<br><br>ACCT: 7300<br>COMMENT: ASDU CTD EFF SEPT20,821OR |
| WATERFORD MEADOW HOA INC<br>% CEDAR MGMT GROUP<br>P O BOX 26844<br>CHARLOTTE, NC 28221 | $0.00<br>INT: .00%<br>NAME ID: 185495<br>CLAIM #: 0029 | (U) UNSECURED<br>AMENDED<br>ACCT: 7300<br>COMMENT: ASDU,ARR THRU FEB20,921D/A,821OR |
| WATERFORD MEADOW HOA INC<br>% CEDAR MGMT GROUP<br>P O BOX 26844<br>CHARLOTTE, NC 28221 | $90.00<br>INT: .00%<br>NAME ID: 185495<br>CLAIM #: 0030 | (X) SPECIAL-UNSECURED<br><br>ACCT: 7300<br>COMMENT: ASDU,ARR MAR THRU AUG20,821OR |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| WELLS FARGO BANK<br>P O BOX 14517<br>DES MOINES, IA  50306 | $0.00<br>INT:  .00%<br>NAME ID: 146289<br>CLAIM #:  0121 | (U) UNSECURED<br>NOT FILED<br>ACCT: 1243<br>COMMENT: |
| WELLS FARGO BANK NA<br>% WELLS FARGO OPERATIONS CTR<br>P O BOX 31557 MAC B6955-01B<br>BILLINGS, MT  59107 | MONTHLY PMT  $180.00<br>INT:  .00%<br>NAME ID: 61972<br>CLAIM #:  0006 | (H) ONGOING-SECURED<br><br>ACCT: 8854<br>COMMENT:  DT RERP,CTD EFF SEPT20,1909 ALDERWOOD DR,121OR,1120A,420A |
| WELLS FARGO BANK NA<br>% WELLS FARGO OPERATIONS CTR<br>P O BOX 31557 MAC B6955-01B<br>BILLINGS, MT  59107 | $848.84<br>INT:  .00%<br>NAME ID: 61972<br>CLAIM #:  0007 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 8854<br>COMMENT:  ARR THRU FEB20, 1909 ALDERWOOD DR,1120A |
| WELLS FARGO BANK NA<br>% WELLS FARGO OPERATIONS CTR<br>P O BOX 31557 MAC B6955-01B<br>BILLINGS, MT  59107 | $678.90<br>INT:  .00%<br>NAME ID: 61972<br>CLAIM #:  0008 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 8854<br>COMMENT:  ARR MAR THRU AUG20, 1909 ALDERWOOD DR |
| WELLS FARGO BANK NA<br>% WELLS FARGO OPERATIONS CTR<br>P O BOX 31557 MAC B6955-01B<br>BILLINGS, MT  59107 | MONTHLY PMT  $130.00<br>INT:  .00%<br>NAME ID: 61972<br>CLAIM #:  0011 | (H) ONGOING-SECURED<br><br>ACCT: 0928<br>COMMENT:  DT NRRP,CTD EFF SEPT20,4211 BEACON RIDGE RD,921A,521A,421A, 321A,21A,121OR,221A,121A,1220A,1120A,1020A 920A, 820A,720A, 620A,520A,420A,320A |
| WELLS FARGO BANK NA<br>% WELLS FARGO OPERATIONS CTR<br>P O BOX 31557 MAC B6955-01B<br>BILLINGS, MT  59107 | $1,861.30<br>INT:  .00%<br>NAME ID: 61972<br>CLAIM #:  0012 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 0928<br>COMMENT:  ARR THRU FEB20,4211 BEACON RIDGE RD |
| WELLS FARGO BANK NA<br>% WELLS FARGO OPERATIONS CTR<br>P O BOX 31557 MAC B6955-01B<br>BILLINGS, MT  59107 | MONTHLY PMT  $346.46<br>INT:  .00%<br>NAME ID: 61972<br>CLAIM #:  0013 | (H) ONGOING-SECURED<br><br>ACCT: 0483<br>COMMENT:  DT NRRP,CTD EFF SEPT20,121A,520A,3232 BOWERS AVE |
| WELLS FARGO BANK NA<br>% WELLS FARGO OPERATIONS CTR<br>P O BOX 31557 MAC B6955-01B<br>BILLINGS, MT  59107 | $2,007.15<br>INT:  .00%<br>NAME ID: 61972<br>CLAIM #:  0014 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 0483<br>COMMENT:  ARR THRU JAN20, 121A,520A,3232 BOWERS AVE |
| WELLS FARGO BANK NA<br>ATTN PAYMENT PROCESSING<br>MAC F2302-04C<br>1 HOME CAMPUS<br>DES MOINES, IA  50328 | MONTHLY PMT  $707.10<br>INT:  .00%<br>NAME ID: 171334<br>CLAIM #:  0015 | (H) ONGOING-SECURED<br><br>ACCT: 8062<br>COMMENT:  DT NRRP,CTD EFF SEPT20,1801 ALDERWOOD DR,121A |
| WELLS FARGO BANK NA<br>ATTN PAYMENT PROCESSING<br>MAC F2302-04C<br>1 HOME CAMPUS<br>DES MOINES, IA  50328 | $5,431.41<br>INT:  .00%<br>NAME ID: 171334<br>CLAIM #:  0016 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 8062<br>COMMENT:  ARR THRU JAN20, 1801 ALDERWOOD DR |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| WELLS FARGO BANK NA<br>% WELLS FARGO OPERATIONS CTR<br>P O BOX 31557 MAC B6955-01B<br>BILLINGS, MT  59107 | MONTHLY PMT  $250.00<br>INT:  .00%<br>NAME ID:  61972<br>CLAIM #:  0019 | (H) ONGOING-SECURED<br><br>ACCT: 0431<br>COMMENT:  DT NRRP,CTD EFF SEPT20,1112 WESSON CT, 621A,321A,121OR,1220A, 1220A,1020A,920A.920A, 720A,620A,420A,420A |
| WELLS FARGO BANK NA<br>% WELLS FARGO OPERATIONS CTR<br>P O BOX 31557 MAC B6955-01B<br>BILLINGS, MT  59107 | $2,717.75<br>INT:  .00%<br>NAME ID:  61972<br>CLAIM #:  0020 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 0431<br>COMMENT:  ARR THRU JAN20,1112 WESSON CT |
| WELLS FARGO BANK NA<br>% WELLS FARGO OPERATIONS CTR<br>P O BOX 31557 MAC B6955-01B<br>BILLINGS, MT  59107 | MONTHLY PMT  $115.00<br>INT:  .00%<br>NAME ID:  61972<br>CLAIM #:  0023 | (H) ONGOING-SECURED<br><br>ACCT: 1936<br>COMMENT:  DT NRRP,CTD EFF SEPT20, 5701 CATES DR,121OR,121A,420A, 320A |
| WELLS FARGO BANK NA<br>% WELLS FARGO OPERATIONS CTR<br>P O BOX 31557 MAC B6955-01B<br>BILLINGS, MT  59107 | $606.88<br>INT:  .00%<br>NAME ID:  61972<br>CLAIM #:  0024 | (H3) PRE-PETITION ARREARAGE-SECURED<br><br>ACCT: 1936<br>COMMENT:  ARR OCT19, 5701 CATES DR,121A,320A |
| WELLS FARGO BANK NA<br>ATTN PAYMENT PROCESSING<br>MAC F2302-04C<br>1 HOME CAMPUS<br>DES MOINES, IA  50328 | $1,120.93<br>INT:  6.75%<br>NAME ID:  171334<br>CLAIM #:  0025 | (F) FULL PAY MH/RP - SECURED<br><br>ACCT: 8054<br>COMMENT:  DT NRRP FLPY,1801 ALDERWOOD DR, |
| WELLS FARGO BANK NA<br>% WELLS FARGO OPERATIONS CTR<br>P O BOX 31557 MAC B6955-01B<br>BILLINGS, MT  59107 | $636.01<br>INT:  .00%<br>NAME ID:  61972<br>CLAIM #:  0129 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 0928<br>COMMENT:  ARR MAR THRU AUG20, 4211 BEACON RIDGE RD |
| WELLS FARGO BANK NA<br>% WELLS FARGO OPERATIONS CTR<br>P O BOX 31557 MAC B6955-01B<br>BILLINGS, MT  59107 | $881.70<br>INT:  .00%<br>NAME ID:  61972<br>CLAIM #:  0130 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 1936<br>COMMENT:  ARR NOV19 THRU AUG20, 5701 CATES DR,320A |
| WELLS FARGO BANK NA<br>% WELLS FARGO OPERATIONS CTR<br>P O BOX 31557 MAC B6955-01B<br>BILLINGS, MT  59107 | $1,287.49<br>INT:  .00%<br>NAME ID:  61972<br>CLAIM #:  0133 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 0431<br>COMMENT:  ARR FEB THRU AUG20, 1112 WESSON COURT |
| WELLS FARGO BANK NA<br>% WELLS FARGO OPERATIONS CTR<br>P O BOX 31557 MAC B6955-01B<br>BILLINGS, MT  59107 | $2,425.22<br>INT:  .00%<br>NAME ID:  61972<br>CLAIM #:  0135 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 0483<br>COMMENT:  ARR JAN THRU AUG20,520A, 3232 BOWERS AVE |
| WELLS FARGO BANK NA<br>ATTN PAYMENT PROCESSING<br>MAC F2302-04C<br>1 HOME CAMPUS<br>DES MOINES, IA  50328 | $0.00<br>INT:  .00%<br>NAME ID:  171334<br>CLAIM #:  0140 | (S) SECURED<br>AMENDED<br><br>ACCT: 8054<br>COMMENT: 520C/WDRN |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---:|---|
| WELLS FARGO BANK NA<br>% WELLS FARGO OPERATIONS CTR<br>P O BOX 31557 MAC B6955-01B<br>BILLINGS, MT  59107 | $1,484.00<br>INT: .00%<br>NAME ID: 61972<br>CLAIM #: 0142 | (H2) POST-PETITION FEES-SECURED<br><br>ACCT: 0483<br>COMMENT:  POST PET FEE,720A, 3232 BOWERS |
| WELLS FARGO BANK NA<br>ATTN PAYMENT PROCESSING<br>MAC F2302-04C<br>1 HOME CAMPUS<br>DES MOINES, IA  50328 | $4,949.70<br>INT: .00%<br>NAME ID: 171334<br>CLAIM #: 0143 | (H1) POST-PETITION ARREARAGE-SECURE<br><br>ACCT: 8062<br>COMMENT:  ARR FEB THRU AUG20,1801 ALDERWOOD |
| WELLS FARGO BANK NA<br>% WELLS FARGO OPERATIONS CTR<br>P O BOX 31557 MAC B6955-01B<br>BILLINGS, MT  59107 | $774.00<br>INT: .00%<br>NAME ID: 61972<br>CLAIM #: 0148 | (H2) POST-PETITION FEES-SECURED<br><br>ACCT: 0483<br>COMMENT:  POST PET FEE 1021OR |
| **TOTAL:** | **$337,318.57** | |
| PHILLIP E BOLTON ESQ<br>BOLTON LAW GROUP PA<br>622 C GUILFORD COLLEGE RD<br>GREENSBORO, NC  27409 | $4,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

    The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office. The claims are allowed unless objection is made by the Debtors or other party in interest.

    Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

> Clerk, U.S. Bankruptcy Court
> 101 S. Edgeworth Street
> P.O. Box 26100
> Greensboro, NC  27420-6100

    If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  10/13/2021

OFFICE OF THE CHAPTER 13 TRUSTEE

By:  /s/  Gayle McFarland
Clerk
Chapter 13 Office
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

cc: Debtors
     Attorney for Debtors - Electronic Notice